UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1041-RN

| | |
|---|---|
| Cellular Telephone described as )<br>Black LG Cellular telephone, Model )<br>US730, serial no. 210KPED0035356, )<br>collected from Erica Powell Gary ) | **ORDER TO UNSEAL** |

Upon motion of the United States, it is hereby ORDERED that the above-captioned matter be unsealed.

Dated: June 24, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge